Tony Franklin **ELLER**, Plaintiff—Appellant,

v.

**STATE of Virginia**, Defendant—Appellee.

No. 04–1522.

United States Court of Appeals, Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 20, 2004.

Tony Franklin Eller, Appellant pro se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tony Franklin Eller appeals the district court's order dismissing his civil rights claim for failure to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Eller v. Virginia*, 430 So.2d 1111 (W.D.Va.2004); *see also Younger v. Harris*, 401 U.S. 37 (1971) (holding that federal courts will not intervene in ongoing state criminal prosecution absent exceptional circumstances). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*